UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAMP TEUMIM LLC,

                       Plaintiff(s),

      -against-

OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY,

                      Defendant(s).

No. 7:25-CV-02131 (PMH)

OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY,

                 Third-Party Plaintiff,

      -against-

KBSR CORP. and AERIAL LAND SURVEYING,
a domestic professional corporation, and
CEDARWOOD GROUP, INC.,

               Third-Party Defendants

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared for a telephone conference today in connection with the request from Third-Party Cross-Claim Defendant Cedarwood Group, Inc. to sever and remand the crossclaims asserted against it. (Doc. 48). For the reasons stated on the record and the law cited therein, the Court deemed the letter-motion as the motion itself and denied same.

The time for Cedarwood Group, Inc. to file an answer to the crossclaims is extended to September 3, 2025.

The request to strike the Fourth Party Complaint filed by KBSR Corp. is granted. The Clerk of Court is respectfully directed to strike the Fourth Party Complaint (Doc. 34) from the docket but retain the summary docket text for the record.

Dated:  White Plains, New York
       August 27, 2025

SO ORDERED:

_____

Philip M. Halpern
United States District Judge