UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMP TEUMIM LLC,<br><br>                      Plaintiff(s),<br><br>        -against-<br><br>OLD REPUBLIC NATIONAL TITLE<br>INSURANCE COMPANY,<br><br>                    Defendant(s). | No. 7:25-CV-02131 (PMH) |

| |
|---|
| OLD REPUBLIC NATIONAL TITLE<br>INSURANCE COMPANY,<br><br>                    Third-Party Plaintiff,<br><br>        -against-<br><br>KBSR CORP. and AERIAL LAND SURVEYING,<br>a domestic professional corporation, and<br>CEDARWOOD GROUP, INC.,<br><br>                    Third-Party Defendants |

PHILIP M. HALPERN, United States District Judge:

The Court is in receipt of pre-motion letters, Rule 56.1 Statements with responses, and response letters as well as letters indicating anticipated cross-motions. The Court is also in receipt of third-party defendant Cedarwood Group, Inc.'s request to extend its time to respond both to Rule 56.1 Statements and pre-motion letters as well as to file its own pre-motion letter for summary judgment.

The pending pre-motion letters are denied without prejudice (Docs. 85, 86, 87, 88, 89). Cedarwood's request for an extension of time to respond is granted (Doc. 95).

It appears that there are three Rule 56.1 Statements, one of which is accompanied by a separate counterstatement of facts and responses, one of which contains three separate responses,

and the other contains two separate responses. (*See* Docs. 85-1, 86-1, 89-1). The parties are directed to meet and confer and combine all Rule 56.1 Statements, counterstatements, and responses into a single Rule 56.1 Statement. To the extent a fact is not followed by a response from any particular party, the Court will consider that party to have deemed it unnecessary to respond to that fact and therefore deemed admitted by that party.

The single document representing all Rule 56.1 Statements, counterstatements, and responses, shall be filed by June 5, 2026.

Any party who intends to move for summary judgment shall file a pre-motion letter by June 5, 2026. All parties opposing shall file their response letters by June 12, 2026. In the event any party does not file a response letter to any particular pre-motion letter, the Court will deem that party to have waived any opposition to the moving party's anticipated motion.

The case management conference scheduled for June 2, 2026 is adjourned sine die.

The Clerk of Court is respectfully requested to terminate the pending letter-motions (Docs. 85, 86, 89, 95).

Dated:  White Plains, New York          SO ORDERED:
        May 18, 2026

_____
Philip M. Halpern
United States District Judge