UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMP TEUMIM LLC,<br><br>                        Plaintiff(s),<br><br>        -against-<br><br>OLD REPUBLIC NATIONAL TITLE<br>INSURANCE COMPANY,<br><br>                       Defendant(s). | No. 7:25-CV-02131 (PMH) |

OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY,

                   Third-Party Plaintiff,

        -against-

KBSR CORP. and AERIAL LAND SURVEYING,
a domestic professional corporation, and
CEDARWOOD GROUP, INC.,

                 Third-Party Defendants.

PHILIP M. HALPERN, United States District Judge:

A conference has been scheduled to discuss the pre-motion letters filed in anticipation of summary judgment on July 9, 2026 at 2:30 p.m. to be held in Courtroom 520 of the White Plains courthouse.

The Clerk of Court is respectfully requested to terminate the pending letter-motions (Docs. 98-105).

Dated: White Plains, New York
       June 15, 2026

SO ORDERED:

_____
Philip M. Halpern
United States District Judge