UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAMP TEUMIM LLC,

Plaintiff(s),

-against-

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY,

Defendant(s).

No. 7:25-CV-02131 (PMH)

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY,

Third-Party Plaintiff,

-against-

KBSR CORP. and AERIAL LAND SURVEYING, a domestic professional corporation, and CEDARWOOD GROUP, INC.,

Third-Party Defendants.

PHILIP M. HALPERN, United States District Judge:

The pre-motion conference scheduled for July 9, 2026 at 2:30 p.m. is hereby advanced to 11:00 a.m. on the same date.

Dated: White Plains, New York
July 6, 2026

SO ORDERED:

Philip M. Halpern
United States District Judge