# HIRSCHEL PLLC

124-19 Metropolita
Kew Gardens, New Y

Tel: (516) 742-7070

Application granted. The conference scheduled for July 9, 2026 is adjourned to August 10, 2026 at 11:30 a.m. to be held in Courtroom 520 of the White Plains courthouse.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
July 7, 2026

July 6, 202

***via* ECF**
Hon. Judge Philip M. Halpern, U.S.D.J.
United States District Court, Southern District of New
300 Quarropas Street, Room 530
White Plains, New York 10601

Re: Camp Teumim LLC v. Old Republic National Title Insurance Company
United States District Court for the Southern District of New York
Case No. 7:25-cv-02131-PMH

Dear Hon. Judge Philip M. Halpern:

This office represents the Third-Party Cross-Claim Defendant Cedarwood Group LLC ("Cedarwood") in the above-referenced matter.

The Court has scheduled a conference for July 9, 2026, at 11:00am. I am making an application to adjourn the conference to an August date; or alternatively, allowing me to appear via telephone or video-conference. I have contacted opposing counsel, who do not object to the application, but have some issues regarding availability of dates in July. I, personally, have a trial scheduled in Supreme Court, Nassau County on July 15 through July 16 and then another trial in Supreme Court, New York County from July 28 through July 31.

The reason for the application is that due to a family emergency, I flew overseas to assist my family. I have been overseas for almost a week, and intend to return back to the United States on July 12, 2026. In speaking with various counsel, there did not seem to be a date in July that was mutually agreeable due to work obligations and vacation schedules.

I thank the Court for its attention and consideration regarding this application. Please do not hesitate to contact the undersigned should the Court require any additional information.

HIRSCHEL PLLC

By: /s/ *Daniel Hirschel, Esq.*
Daniel Hirschel, Esq.

Cc: All Parties (via ECF)