UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAMP TEUMIM LLC,

Plaintiff(s),

-against-

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY,

Defendant(s).

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY,

Third-Party Plaintiff,

-against-

KBSR CORP. and AERIAL LAND SURVEYING, a domestic professional corporation, and CEDARWOOD GROUP, INC.,

Third-Party Defendants.

**ORDER**

No. 7:25-CV-02131 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared for a continued pre-motion conference on October 28, 2026. For the reasons set forth on the record, the case law cited therein, and having considered the letter-motions, responses thereto, and after hearing from the parties, the Court exercised its discretion to deem the letter-motions filed by KBSR (Doc. 101) and Aerial (Doc. 100) as the motions for summary judgment themselves, and denied both (i) Aerial's motion for summary judgment dismissing Old Republic's third-party claim against Aerial and KBSR's cross-claim against Aerial (Doc. 100); and (ii) KBSR's motion for summary judgment dismissing Old Republic's third-party claim against KBSR (Doc. 101). The Court also construed Old Republic's letter-motion and Camp Teumim's letter-motion concerning Camp Teumim's third claim for relief

for declaratory judgment as the motions themselves, and granted Old Republic's motion for summary judgment, only to the extent of dismissing the third claim for relief for declaratory judgment (Doc. 98), and denied Camp Teumim's motion for summary judgment in its favor on the third claim for relief for declaratory judgment (Doc. 99).

With respect to the arguments concerning the title dispute and policy/deed reformation in Old Republic's, Camp Teumim's, and KBSR's letter-motions (Doc. 98, Doc. 99, Doc. 101); and concerning the PSA breach in the KBSR and Cedarwood letter-motions (Doc. 101, Doc. 102), the Court granted leave to file motions for summary judgment as follows:

- As between Old Republic and Camp Teumim, who each seek leave to cross-move for summary judgment on the title claims and deed/policy reformation, Old Republic and KBSR shall serve, not file, their motions for summary judgment together with a single joint brief in support, by December 15, 2026; Camp Teumim will serve, not file, its opposition and support for its motion in a single brief by January 15, 2027; Old Republic and KBSR shall serve their opposition and reply in a single brief by February 5, 2027; and all papers shall be filed on February 5, 2027. By February 12, 2027, Camp Teumim shall file a letter advising whether it seeks leave to file a sur-reply brief.
- As between Cedarwood and KBSR concerning the PSA breach, Cedarwood's motion shall likewise be served, not filed, by December 15, 2026; KBSR's opposition and support for its motion in a single brief shall be served, not filed, by January 15, 2027; Cedarwood's opposition and reply in a single brief shall be served by February 5, 2027; and all papers shall be filed by February 5, 2027. By February 12, 2027, KBSR shall file a letter advising whether it seeks leave to file a sur-reply brief.

The parties' amended combined Rule 56.1 Statement, revised in accordance with the Court's directives at the conference, shall be filed with all motion papers on February 5, 2027.

The Court put the parties on notice pursuant to Rule 56(f) that upon review of all motion papers it may search the record and grant summary judgment for a nonmovant if appropriate.

The parties advised the Court that settlements have been reached between Old Republic and Aerial, and between Aerial and KBSR. The Court directed the parties to file Rule 41 stipulations of dismissal as to the claims and parties that have settled by November 3, 2026.

Dated: White Plains, New York
October 28, 2026

SO ORDERED:

Philip M. Halpern
United States District Judge